**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:　　　In re Southcorp Realty Advisors, Inc.

Appellate case number:　　01-21-00719-CV

Trial court case number:　2016-01602

Trial court:　　　　　　　157th District Court of Harris County

On December 20, 2021, relator, Southcorp Realty Advisors, Inc., has filed a petition for a writ of mandamus. On December 28, 2021, the Court requested a response to the petition from the real parties in interest. On January 24, 2022, real parties in interest, Hobby Autoport, LLC and Chavez Group Investments, LLC, filed a response to relator's petition for writ of mandamus.

On February 1, 2022, relator filed a motion with the Court requesting that the deadline for filing a reply in support of its petition for writ of mandamus be extended to February 18, 2022. Relator's motion includes a certificate of conference stating that the relief requested is not opposed by real parties in interest.

Relator's motion is **granted**. Relator's deadline for filing a reply in support of its mandamus petition, if any, is **February 18, 2022**.

It is so ORDERED.

Judge's signature: _/s/ Amparo Guerra_____

　　　　　　　　　☑  Acting individually　　☐  Acting for the Court

Date: ___February 8, 2022_____